IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-61378-RKA

BULENT COSGUN,

    Plaintiff,

v.

SEABOURN CRUISE LINE LIMITED
INC., a foreign corporation,

    Defendant.
_____/

# JOINT ARBITRATION STATUS REPORT

Plaintiff Bulent Cosgun ("Plaintiff"), and Defendant Seabourn Cruise Line Limited Inc. ("Defendant") (collectively the "Parties"), respectfully file this quarterly *Joint Arbitration Status Report*, stating as follows

1. The Parties are proceeding with Arbitration. Professor Martin Davies has been chosen as the Arbitrator before the International Centre for Dispute Resolution Tribunal. The Final Hearing of this Arbitration before Prof. Davies is set for October 8, 2024.

Respectfully submitted this 18th day of June, 2024 by:

| | |
|---|---|
| */s/ John F. Billera*<br>John F. Billera, Esq.<br>Fla. Bar No. 869041<br>Billera Law<br>2201 N.W. Corporate Blvd.<br>Suite 200<br>Boca Raton, Florida 33431<br>Phone: 561-500-7777<br>*Attorneys for Plaintiff* | */s/ Steve Holman*<br>Steve Holman, Esq.<br>Florida Bar No.: 547840<br>steveh@maltzmanpartners.com<br>Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Maltzman& Partners, PA<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |